The judgment is affirmed by an equally divided Court. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Eugene Cotton* argued the cause and filed a brief for petitioner. *Solicitor General Cummings* argued the cause for respondent. With him on the brief were *Assistant Attorney General Murray, Robert W. Ginnane, Beatrice Rosenberg* and *Kenneth C. Shelver.*

No. 463. CHICAGO & EASTERN ILLINOIS RAILROAD CO. *v.* UNITED STATES ET AL. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE REED are of the opinion that probable jurisdiction should be noted and the case set down for argument. *David O. Mathews, Thomas N. Cook, Gerald L. Phelps* and *John T. Hays* for appellant. *Acting Solicitor General Stern* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *George S. Dixon* and *Elbert R. Gilliom* for the National Automobile Transporters Association et al., appellees.

No. ——. TINKOFF *v.* UNITED STATES. The petition to vacate the order denying an extension of time to file petition for writ of certiorari and the motion for an extension of time to file petition for writ of certiorari are denied.

No. 395. VAUGHAN *v.* PETROLEUM CONVERSION CORP. C. A. 3d Cir. Certiorari denied. *Gerard P. Kavanaugh* for petitioner. *Thomas Cooch* for respondent.